THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRANSFIELD ER CAPE LIMITED (IN LIQUIDATION),<br><br>       Plaintiff,<br><br> v.<br><br>NORTH CHINA SHIPPING LIMITED; NORTH CHINA SHIPPING HOLDINGS COMPANY LIMITED, HONG KONG; GREAT PERIOD INVESTMENTS LIMITED; MARINA PERIDOT SHIPPING LIMITED,<br><br>       Defendants. | IN ADMIRALTY<br><br>Case No. 3:12 CV-06091-BHS<br><br>**CLAIM OF WINPLUS ENERGY, LTD.** |
| WINPLUS ENERGY LTD.,<br><br>       Plaintiff,<br><br> v.<br><br>The M/V OEL CONFIDENCE, her engines, tackle and apparel, etc., *in rem*, and OCEAN FAITH INTERNATIONAL SHIPPING LIMITED, *in personam*,<br><br>       Defendants. | |

  Pursuant to Supplemental Admiralty Rule C(6), WINPLUS ENERGY LTD., through counsel, hereby notifies all interested parties that, pursuant to 46 U.S.C. § 31341 *et seq.*, it claims a maritime lien on the vessel M/V/ OEL CONFIDENCE Official Number 9628910, her

CLAIM OF WINPLUS ENERGY, LTD. - 1
CASE NO. 3:12 CV-06091-BHS

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

127212.0001/5581290.1

engines, gear, nets, furniture, etc. because of fuel and other marine supplies and services furnished to the vessel on or about December 14 and 15, 2012 by WINPLUS ENERGY LTD. In the amount of $845,900.00 which amount is outstanding and unpaid, plus interest and debt collection costs.

DATED: January 17, 2013

                                               LANE POWELL PC

By _____
    Mark G. Beard, WSBA No. 11737
    Attorneys for Plaintiff Winplus Energy Ltd.

Lane Powell
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101
206.223.7000 (T)
206.223.7107 (F)
beardm@lanepowell.com

CLAIM OF WINPLUS ENERGY, LTD. - 2
CASE NO. 3:12 CV-06091-BHS

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

127212.0001/5581290.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2013, I electronically filed the foregoing Complaint in Intervention of Winplus Energy Ltd. with the Clerk of the Court using the CM/ECF system which will provide notification of such filing to the following listed persons and have provided a copy of the same via electronic mail, facsimile and/or be depositing the same in the U.S. Mail, postage prepaid and properly addressed as follows:

Christopher W. Nicoll, Esq.
Jeremy B. Jones, Esq.
Nicoll Black & Feig
1325 5th Avenue, Suite 1650
Seattle, WA 98101

George M. Chalos, Esq.
Chalos & Co., P.C.
55 Hamilton Avenue
Oyster Bay, NY 11771

_____Heidi Carchano_____
Heidi Carchano

CLAIM OF WINPLUS ENERGY, LTD. - 3
CASE NO. 3:12 CV-06091-BHS

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

127212.0001/5581290.1

## UNSWORN DECLARATION UNDER PENALTIES OF PERJURY

I, __Jong Moon, Han__, on behalf of the Plaintiff in the foregoing matter, hereby declare, in accordance with Section 1746 of Title 28 of the United States Code, that:

I am the __Managing Director__ of Winplus Energy Ltd. and, as such, am authorized to make this declaration; I have read the foregoing Complaint and am familiar with its contents, which contents are true to my personal knowledge or based upon my information and belief; as to those matters based on information and belief, I believe them to be true; and the sources of my information and the grounds for my belief are matters personally known to me and records of said company.

As reflected in the foregoing Complaint, Winplus Energy Ltd. supplied marine bunker fuel to the Vessel on December 13 and 14, 2012, at a value of US$845,900.00; Winplus Energy Ltd has not been paid; and Winplus Energy Ltd. is entitled to a maritime lien against the Vessel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __January 17th__, 2013.

_____
__Jong Moon, Han__
(Printed Name)