THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRANSFIELD ER CAPE LIMITED (IN LIQUIDATION),<br><br>                Plaintiff,<br><br>    v.<br><br>NORTH CHINA SHIPPING LIMITED; NORTH CHINA SHIPPING HOLDINGS COMPANY LIMITED, HONG KONG; GREAT PERIOD INVESTMENTS LIMITED; MARINA PERIDOT SHIPPING LIMITED,<br><br>                Defendants. | IN ADMIRALTY<br><br>Case No. 3:12 CV-06091-BHS<br><br>MOTION OF WINPLUS ENERGY LTD. TO INTERVENE<br><br>**NOTE ON MOTION CALENDAR FOR FEBRUARY 1, 2013** |

Comes now, WINPLUS ENERGY LTD. ("Winplus"), and pursuant to Rule 24(a) of the Federal Rules of Civil Procedure and Supplemental Local Admiralty Rule LAR 131, moves the Court for leave to intervene herein and file the attached Complaint in Intervention in order to assert a claim against the M/V OEL CONFIDENCE (the "Vessel"), *in rem*, and pursuant to Supplemental Admiralty Rule B, as follows:

1.    Winplus supplied marine bunker fuel to the Vessel on December 12 and 13, 2012, at the order and request of Ocean Faith International Shipping Limited ("Ocean Faith"), the time charterer and operator of the Vessel, for the master or person entrusted with the management of the Vessel at the port of supply, who had authority for that purpose, which marine bunker fuel had a value of $845,900.00.

MOTION OF WINPLUS ENERGY LTD. TO INTERVENE - 1
No. 3:12 CV-06091-BHS

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

127212.0001/5581272.1

2.   Ocean Faith agreed to pay the invoice in full by January 11, 2013, but no payment has been forthcoming, despite request and demand for payment.

3.   Plaintiff has and is entitled to a maritime lien against the Vessel or, alternatively, since Ocean Faith cannot be found within this district, Plaintiff is entitled to a writ of foreign attachment under Admiralty Supplemental Rule B with respect to property of Ocean Faith laden onboard the Vessel.

4.   When Plaintiff claims an interest relating to the Vessel that is the subject of this action, and is so situated that disposing of the action may as a practical matter impair or impede Winplus' ability to protect its interest, unless existing parties adequately represent that interest.

Dated: January 17, 2013

LANE POWELL PC

By _____
Mark G. Beard, WSBA No. 11737
Attorneys for Plaintiff Winplus Energy Ltd.

Lane Powell
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101
206.223.7000 (T)
206.223.7107 (F)

beardm@lanepowell.com

MOTION OF WINPLUS ENERGY LTD. TO INTERVENE - 2
No. 3:12 CV-06091-BHS

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

127212.0001/5581272.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2013, I electronically filed the foregoing Motion of Winplus Energy Ltd. to Intervene with the Clerk of the Court using the CM/ECF system which will provide notification of such filing to the following listed persons and have provided a copy of the same via electronic mail, facsimile and/or be depositing the same in the U.S. Mail, postage prepaid and properly addressed as follows:

Christopher W. Nicoll, Esq.
Jeremy B. Jones, Esq.
Nicoll Black & Feig
1325 5th Avenue, Suite 1650
Seattle, WA  98101

George M. Chalos, Esq.
Chalos & Co., P.C.
55 Hamilton Avenue
Oyster Bay, NY  11771

_Heidi Carchano_
Heidi Carchano

MOTION OF WINPLUS ENERGY LTD. TO INTERVENE - 3
No. 3:12 CV-06091-BHS

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

127212.0001/5581272.1