THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRANSFIELD ER CAPE LIMITED (IN LIQUIDATION),<br><br>                Plaintiff,<br><br>    v.<br><br>NORTH CHINA SHIPPING LIMITED; NORTH CHINA SHIPPING HOLDINGS COMPANY LIMITED, HONG KONG; GREAT PERIOD INVESTMENTS LIMITED; MARINA PERIDOT SHIPPING LIMITED,<br><br>                Defendants. | IN ADMIRALTY<br><br>Case No. 3:12 CV-06091-BHS<br><br>**ORDER GRANTING WINPLUS ENERGY LTD.'S MOTION TO INTERVENE** |
| WINPLUS ENERGY LTD.,<br><br>                Plaintiff,<br><br>    v.<br><br>The M/V OEL CONFIDENCE, her engines, tackle and apparel, etc., *in rem*, and OCEAN FAITH INTERNATIONAL SHIPPING LIMITED, *in personam*,<br><br>                Defendants. | |

THIS MATTER came before the Court on the Motion to Intervene by WINPLUS ENERGY LTD. The Court has fully reviewed and considered the Motion, together with all

[PROPOSED] ORDER GRANTING WINPLUS ENERGY
LTD.'S MOTION TO INTERVENE - 1
Case No. 3:12 CV-06091-BHS
127212.0001/5581341.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  papers filed in support of and in opposition, if any, to the Motion and the remainder of the
2  Court's file and record in this action. NOW, THEREFORE, it is hereby
3     ORDERED that Plaintiff's Motion to Intervene is GRANTED. WINPLUS ENERGY
4  LTD. shall be, and hereby is, permitted to intervene in this action as Plaintiff-Intervenor and to
5  file and serve its Complaint in Intervention.
6     DONE this __12__ day of __Feb__, 2013.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By _____
Mark G. Beard, WSBA No. 11737
Attorneys for Plaintiff Winplus Energy Ltd

Lane Powell
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101
206.223.7000 (T)
206.223.7107 (F)
beardm@lanepowell.com

[PROPOSED] ORDER GRANTING WINPLUS ENERGY
LTD.'S MOTION TO INTERVENE - 2
Case No. 3:12 CV-06091-BHS
127212.0001/5581341.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107